IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DELANO DIXON, VAL BENCH and CURTIS BYINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>BONNEVILLE COUNTY, an Idaho Political Subdivision; and BONNEVILLE COUNTY SHERIFF'S OFFICE, an Office of an Idaho Political Subdivision,<br><br>Defendants. | Case No.  CV 09-036-E-BLW<br><br>**JUDGMENT** |

In accordance with the Order of Dismissal (Docket No. 24) filed July 28, 2010, dismissing this matter, and in keeping with Federal Rule of Civil Procedure 58,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case is DISMISSED IN ITS ENTIRETY with prejudice, with each party to pay its own costs and attorneys' fees.  The case is hereby ordered closed.

DATED:  **July 28, 2010**

_____
B. LYNN WINMILL
Chief U.S. District Court Judge

**Judgment - 1**